FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

APR - 9 2015

CHRISTOPHER A. PRINE
CLERK

April 4, 2015

First Court of Appeals
301 Fannin Street
2nd Floor
Houston, TX 77002

Dear First Court of Appeals:

I am writing regarding my nephew **Bob N. Norfleet #1646699**, incarcerated at the McConnell Unit in Beeville, TX.

His case numbers are: **1259446 and 1259447**.

I am requesting some copies contained in court numbers: **01-10-00429-CR and 01-10-00430-CR.**

I am specifically requesting the **'Reporter's Record'**, the **'Trail on the Merits',** and the **'Guilt/Innocence Phase'** from the Reporter's Record.

Please send to me the cost of my request to:
**Sonya Kunama
3068 David Ave #19
San Jose, CA 95128**

Thank you.

Sincerely,

Sonya Kunama

**Sonya Kunama**

Sonya Kunama
3068 David Ave #19
San Sosie CA 95128

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR - 9 2015

CHRISTOPHER A. PRINE
CLERK

SAN JOSE CA 950

03 APR 2015 PM 1 L

7700220668699

First Court of Appeals
301 Fannin Street
2nd Floor
Houston Tx 77002

